No. 94–262. HUGHES AIRCRAFT CO., INC. v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 94–267. TOTI v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 94–335. DUNCAN v. BLINEBERY, ZONING INSPECTOR, ET AL. Sup. Ct. Ohio. Certiorari denied. 

No. 94–371. GOFF v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 94–444. NEBRASKA EX REL. NELSON, GOVERNOR v. CENTRAL INTERSTATE LOW-LEVEL RADIOACTIVE WASTE COMMISSION ET AL. C. A. 8th Cir. Certiorari denied. 

No. 94–449. SANTA FE PACIFIC CORP. v. CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND. C. A. 7th Cir. Certiorari denied. 

No. 94–459. BISHOP v. GEORGIA STATE BAR. Sup. Ct. Ga. Certiorari denied. 

No. 94–463. SCHANKMAN v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 94–471. BABINSKI v. REGUCCI ET AL. C. A. 3d Cir. Certiorari denied. 

No. 94–476. DOUGHTIE ET AL. v. FLORIDA DEPARTMENT OF STATE ET AL. C. A. 11th Cir. Certiorari denied. 

No. 94–477. LEISURE TIME PRODUCTIONS, B. V. v. TRI-STAR PICTURES, INC., ET AL. C. A. 2d Cir. Certiorari denied. 

No. 94–478. TORTUYA v. METROPOLITAN LIFE INSURANCE CO. ET AL. C. A. 9th Cir. Certiorari denied. 